MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7301
    Fax: (415) 436-6753
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 3:13-mj-70400 LB |
|     v.    ) | |
| CHRISTOPHER ELMORE, ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c) AND EXCLUDING TIME** |
|     Defendant. ) | |

On April 15, 2013, the parties in this case appeared before the Court for an initial appearance on a Complaint. On April 19, 2013, the parties submitted, and the Court granted, this Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until May 20, 2013. The parties now submit a second Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 21, 2013.

Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and the parties represent that good cause exists for the extension, including the effective preparation of counsel. The requested continuance is needed to allow counsel sufficient time to prepare and

1  review discovery that the government has provided, and the failure to grant the continuance
2  requested would unreasonably deny counsel the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  Therefore, the parties agree that
4  the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from
5  May 20, 2013 to June 21, 2013, and that the arraignment/ preliminary hearing be continued until
6  June 21, 2013.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

DATED: May _14_, 2013                   /s/
                                          NATALIE LEE
                                          Assistant United States Attorney

DATED: May _14_, 2013                   /s/
                                          RITA BOSWORTH
                                          Attorney for Christopher Elmore

## [~~PROPOSED~~] ORDER

15      For the reasons stated above, the Court finds that the extension of time limits applicable
16  under Federal Rule of Criminal Procedure 5.1(c) from May 20, 2013 through June 21, 2013 is
17  warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 21,
18  2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §
19  3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the
20  interests of the public and the defendant in the prompt disposition of this criminal case; and that
21  the failure to grant the requested exclusion of time would deny counsel for the defendant and for
22  the government the reasonable time necessary for effective preparation, taking into account the
23  exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.
24  §3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED:  5/15/13



THE HONORABLE _____ SPERO
United States Magistrate Judge